EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | Queja |
| Rubén Guzmán Bruno | 2000 TSPR 22 |

Número del Caso: AB-1999-0010

Fecha: 21/01/2000

Oficina del Procurador General:    Lcda. María del Pilar Aguirre
                                   Procuradora General Auxiliar

Abogados de la Parte Querellado:   Por Derecho Propio

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correciones del
proceso de compilación y publicación oficial de las
decisiones del Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

**Rubén Guzmán Bruno**

**AB-99-10**

PER CURIAM

San Juan, Puerto Rico, a 21 de enero de 2000

**Mediante carta certificada, con acuse de recibo, de fecha 15 de marzo de 1999, la Secretaria de este Tribunal, la Lcda. Isabel Llompart Zeno, le remitió al Lcdo. Rubén Guzmán Bruno copia de la queja que contra dicho abogado radicara la Sra. Ana M. Rosario Galarza, concediéndole un término al abogado para que expusiera lo que a bien tuviera respecto a dicha queja. El abogado, no obstante haber recibido dicha comunicación, <u>hizo caso omiso de la misma</u>.**

**El 5 de mayo de 1999, la Secretaria del Tribunal nuevamente le escribió al Lcdo. Guzmán Bruno, concediéndole un nuevo término para que compareciera ante el Tribunal respecto a la queja contra él presentada. <u>El abogado tampoco contestó</u>**

esta segunda carta certificada con acuse de recibo. En vista a ello, la Secretaria remitió el asunto a la Oficina del Procurador General de Puerto Rico para la correspondiente investigación e informe al Tribunal.

Con fecha de 16 de septiembre de 1999, el Procurador General rindió el informe que le solicitáramos. En el mismo nos informó, en lo pertinente, que en su opinión la queja presentada por la Sra. Rosario Galarza contra el Lcdo. Guzmán Bruno es una que carece de méritos.[1] Ello no obstante, el Procurador General nos informó que el Lcdo. Guzmán Bruno, igualmente, hizo caso omiso de los requerimientos que le hiciera su Oficina en relación con la investigación de la queja.

Le concedimos término al Lcdo. Guzmán Bruno, mediante Resolución del 15 de octubre de 1999, para que se expresara sobre el Informe del Procurador General de Puerto Rico. Este, finalmente, compareció mediante escrito de fecha 1ro. de noviembre de 1999. En el mismo informó no haber recibido copia del Informe del Procurador General y solicitó se le concediera una prórroga para contestar dicho Informe, luego de que se le suministrara una copia del mismo.

El día 30 de noviembre de 1999, instruimos a la Secretaria del Tribunal para que le remitiera copia del

---

[1] De hecho, el Procurador General de Puerto Rico nos informa que una queja que presentara la Sra. Rosario Galarza contra el mencionado abogado ante el Colegio de Abogados de Puerto Rico, la cual versa sobre los mismos hechos, fue archivada por la Comisión de Etica del Colegio de Abogados por adolecer la misma de mérito alguno

Informe del Procurador General al Lcdo. Guzmán Bruno y le concedimos un término de diez (10) días a éste para expresarse sobre dicho Informe. Apercibimos al Lcdo. Guzmán Bruno de que "su incumplimiento con esta Resolución podría conllevar sanciones disciplinarias." No obstante haber transcurrido en exceso de treinta (30) días, <u>el mencionado abogado no ha cumplido con dicha Resolución</u>.

## I

El Lcdo. Rubén Guzmán Bruno aparentemente entiende que él no viene en la obligación de cumplir con las órdenes y requerimientos de este Tribunal; en específico, y en lo pertinente, el mencionado abogado aparenta desconocer totalmente la jurisprudencia de este Tribunal a los efectos de que, independientemente de los méritos de la queja que se presente contra un abogado, éste viene en la obligación de obedecer, y responder prontamente, a los requerimientos de este Tribunal y los del Procurador General de Puerto Rico. <u>In re: Ríos Acosta</u>, res. el 19 de mayo de 1997, 143 D.P.R.__ (1997); <u>In re: Otero Fernández</u>, res. el 21 de mayo de 1998, 98 TSPR 60; <u>In re: Quevedo Cordero</u>, res. el 21 de enero de 1999, 99 TSPR 4. En fin, la conducta displicente que ha observado el Lcdo. Rubén Guzmán Bruno a lo largo del trámite de este caso resulta ser evidencia incontrovertible de que éste no interesa seguir ejerciendo la profesión de abogado en esta jurisdicción.

Procede, en consecuencia, decretar la suspensión inmediata e indefinida del ejercicio de la profesión de abogado, y de la notaría, del Lcdo. Rubén Guzmán Bruno hasta tanto otra cosa disponga este Tribunal. La Oficina del Alguacil de este Tribunal procederá, <u>de inmediato</u>, a incautarse de la obra notarial del Lcdo. Rubén Guzmán Bruno, luego de lo cual entregará la misma a la Oficina de Inspección de Notarías para el correspondiente examen e informe a este Tribunal.

Se dictará Sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

**Rubén Guzmán Bruno**

                              **AB-99-10**

SENTENCIA

                    San Juan, Puerto Rico, a 21 de enero de 2000

        Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte íntegra de la presente, se dicta Sentencia decretando la suspensión inmediata e indefinida del ejercicio de la profesión de abogado, y de la notaría, del Lcdo. Rubén Guzmán Bruno hasta tanto otra cosa disponga este Tribunal.

        La Oficina del Alguacil de este Tribunal procederá, <u>de inmediato</u>, a incautarse de la obra y sello notarial del Lcdo. Rubén Guzmán Bruno, luego de lo cual entregará la misma a la Oficina de Inspección de Notarías para el correspondiente examen e informe a este Tribunal.

        Así lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Hernández Denton no intervino.


                              **Isabel Llompart Zeno**
                         **Secretaria del Tribunal Supremo**